[No. 11821-8-I. Division One. July 27, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL
G. DESCHAMPS, *Appellant.*

Appeal from a judgment of the Superior Court for Island
County, No. 3138, Howard A. Patrick, J., entered May 27,

1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Williams and Ringold, JJ.